AUG-15-2008 10:20 NYS OAG   Case 1:08-cv-04366-NRB   Document 10   Filed 08/18/2008   Page 1 of 2   P.02

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

[212-416-8118]

August 15, 2008

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

AUG 15 2008

UNITED STATES DISTRICT JUDGE

By Fax: 212-805-7927
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Hewitt v. C.O. Jodoin, et al., 08 CV 4366 (NRB)

Your Honor:

  I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, assigned to the defense of this matter. I write on behalf of the served defendants, Superintendent Annetts, and Correction Officers Reyes, Scott, Correia, Perez and Torres ("served defendants"), to respectfully request a sixty (60) day extension to respond to the Complaint, from on or around August 18, 2008 until October 20, 2008. An extension of time is necessary to afford this office the opportunity to properly investigate the allegations in the complaint, obtain any underlying documentation and evaluate this matter with the defendants prior to responding. Additionally, we are in the process of determining issues of representation pursuant to Public Officers Law, Section 17. Further, given that upon information and belief the remaining defendants have yet to be served with the summons and complaint, this extension will afford the plaintiff the opportunity to serve those defendants.[1]

  I did not request the consent of incarcerated plaintiff pro se to extend the time for the

_So Ordered_ [signature] Naomi Reice Buchwald USDJ 8/18/08

---

[1] By making this request, I am not waiving any possible defenses that the served defendants may have, including the lack of personal jurisdiction.

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

served defendants to respond to the complaint because I wanted to make this request forthwith. No previous requests for an extension of time to respond to the complaint have been made.

Accordingly, I request that the served defendants' time to respond to the complaint be extended to October 20, 2008.

I thank the Court for its consideration in this matter.

Respectfully submitted,

Julinda Dawkins
Assistant Attorney General

cc: Winston Hewitt
Plaintiff Pro Se
DIN #: 93-A-4840
Great Meadow Correctional Facility
P.O. Box 51
Comstock, NY 12821